**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ADAMS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>SCHINDLER ELEVATOR CORPORATION, a New Jersey Corporation; 5 STAR ELEVATOR SERVICE, INC., a California Corporation; and DOES 1 - 50, inclusive,<br><br>    Defendants. | CASE NO. 8:21-cv-01251-JLS-ADS<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

## ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. 30), it is hereby ordered that this entire action be, and hereby is, dismissed with prejudice as to all claims and parties.

IT IS SO ORDERED.

Dated: July 27, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE